# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| WEBROOT, INC. and<br>OPEN TEXT, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>FORCEPOINT LLC,<br><br>      Defendant. | |
| FORCEPOINT LLC,<br><br>      Counterclaim Plaintiff,<br><br>v.<br><br>WEBROOT, INC., OPEN TEXT INC., and<br>OPEN TEXT CORPORATION,<br><br>      Counterclaim-Defendants. | CIVIL ACTION NO. 6:22-CV-00342-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE REGARDING COUNTERCLAIM-DEFENDANT OPEN TEXT CORP.'S MOTION TO DISMISS

Plaintiffs/Counter-Defendants Webroot, Inc., Open Text, Inc., and Open Text Corporation and Defendant/Counter-Plaintiff Forcepoint LLC submit this Joint Notice Regarding Counterclaim-Defendant Open Text Corporation's Motion to Dismiss Counterclaim-Plaintiff's Declaratory Judgment Patent Claims (Dkt. 31).

On March 31, 2022, Plaintiffs Webroot, Inc. and Open Text, Inc. ("Plaintiffs") filed its original complaint against Forcepoint LLC ("Forcepoint"), alleging infringement of U.S. Patent Nos. 8,726,389; 10,599,844; 8,438,386; 9,413,721; and 10,025,928. *See* Dkt. 1. On June 10, 2022, Forcepoint LLC ("Forcepoint") filed its answer and counterclaims for declaratory judgment. *See*

Dkt. 26. On July 1, 2022, Counterclaim-Defendant Open Text Corporation filed a motion to dismiss Forcepoint's declaratory judgment patent claims. *See* Dkt. 31. On July 14, 2022, Forcepoint filed its amended answer and counterclaims alleging infringement of U.S. Patent Nos. 7,194,464; 8,938,773; 8,978,140; 9,609,101; and 9,654,495. *See* Dkt. 35.  The parties agree that the filing of Forcepoint's amended answer and counterclaims makes Forcepoint's amended answer and counterclaims the operative pleading and thus renders moot Open Text Corporation's motion to dismiss the original answer and counterclaims filed by Forcepoint (Dkt 26).

Dated: July 22, 2022

Respectfully submitted,

/s/ Kat Li
Kat Li
Texas State Bar No. 24070142
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
United States
Telephone: (512) 678-9100
Facsimile: (512) 678-9101

Adam R. Alper (admitted *pro hac vice*)
aalper@kirkland.com
Akshay S. Deoras (admitted *pro hac vice*)
adeoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
United States
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (admitted *pro hac vice*)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
United States
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Forcepoint LLC*

/s/ Jeffrey D. Mills
JEFFREY D. MILLS
jmills@kslaw.com
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Telephone: (512) 457-2027
Telecopier: (202) 626-3737

CHRISTOPHER C. CAMPBELL
ccampbell@kslaw.com
PATRICK M. LAFFERTY
plafferty@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 737-0500
Telecopier: (202) 626-3737

BRIAN J. EUTERMOSER
beutermoser@kslaw.com
BRITTON F. DAVIS
bfdavis@kslaw.com
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, Colorado 80202
Telephone: (720) 535-2300
Telecopier: (720) 535-2400

STEVEN ROBERT SPRINKLE
ssprinkle@sprinklelaw.com
SPRINKLE IP LAW GROUP
1301 W. 25th Street, Suite 408
Austin, Texas 78705
Telephone: (512) 637-9221
Telecopier: (512) 371-9088

MARK D. SIEGMUND
mark@swclaw.com
STECKLER WAYNE
CHERRY & LOVE, PLLC
8416 Old McGregor Rd.
Waco, Texas 76712
Telephone: (254) 651-3690
Telecopier: (254) 651-3689

*Attorneys for Plaintiffs Open Text, Inc., Open Text Corp. and Webroot, Inc.*

5

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on July 22, 2022 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Kat Li

Kat Li

5